# UNITED STATES NAVY-MARINE CORPS COURT OF CRIMINAL APPEALS WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, J.P. ELLINGTON**
**Appellate Military Judges**

## UNITED STATES OF AMERICA

v.

## ROBERT J. SHORT
## ELECTRONICS TECHNICIAN THIRD CLASS (E-4), U.S. NAVY

### NMCCA 201400370
### GENERAL COURT-MARTIAL

**Sentence Adjudged:** 6 June 2014.
**Military Judge:** CDR John Maksym, JAGC, USN.
**Convening Authority:** Commander, U.S. Naval Forces Japan, Yokosuka, Japan.
**Force Judge Advocate's Recommendation:** CDR T.D. Stone. JAGC, USN.
**For Appellant:** Capt David Peters, USMC.
**For Appellee:** Mr. Brian Keller, Esq.

### 26  February 2015

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court


R.H. TROIDL
Clerk of Court